```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 07 B 00458
   KENNETH F KVASNICKA
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-0029

---------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
       The case was filed on 01/11/2007 and was confirmed 04/05/2007.

       The plan was confirmed to pay secured creditors 100% and unsecured
  creditors 100.00%.

       The case was dismissed after confirmation 04/10/2008.
---------------------------------------------------------------------------
  CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
---------------------------------------------------------------------------
  CENTRIX FINANCIAL LLC    SECURED VEHIC    13309.04          787.10        2065.65
  CENTRIX FINANCIAL LLC    UNSECURED        NOT FILED            .00            .00
  CENTRIX RESOURCE SYSTEMS NOTICE ONLY      NOT FILED            .00            .00
  FIRST PREMIER BANK       UNSECURED           402.15            .00            .00
  FIRST PREMIER BANK       NOTICE ONLY      NOT FILED            .00            .00
  FIRST PREMIER BANK       NOTICE ONLY      NOT FILED            .00            .00
  ASSET ACCEPTANCE LLC     UNSECURED          2132.35            .00            .00
  PROVIDIAN NATIONAL BANK  NOTICE ONLY      NOT FILED            .00            .00
  AT & T WIRELESS          UNSECURED        NOT FILED            .00            .00
  AT & T BANKRUPCTY        UNSECURED        NOT FILED            .00            .00
  CHASE                    UNSECURED        NOT FILED            .00            .00
  FIRST PREMIER BANK       UNSECURED        NOT FILED            .00            .00
  FIRST PREMIER BANK       UNSECURED        NOT FILED            .00            .00
  PALISADES COLLECTION LLC UNSECURED           237.24            .00            .00
  AT & T WIRELESS          NOTICE ONLY      NOT FILED            .00            .00
  ASSET ACCEPTANCE LLC     UNSECURED           118.19            .00            .00
  CHECK INTO CASH INC      UNSECURED           317.63            .00            .00
  LEDFORD & WU             DEBTOR ATTY       2,800.00                       1,215.77
  TOM VAUGHN               TRUSTEE                                             278.59
  DEBTOR REFUND            REFUND                                                .00

       Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                     RECEIPTS          DISBURSEMENTS
---------------------------------------------------------------------------
  TRUSTEE            4,347.11

  PRIORITY                                       .00
  SECURED                                    2,065.65
     INTEREST                                   787.10
  UNSECURED                                       .00
  ADMINISTRATIVE                             1,215.77

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 00458 KENNETH F KVASNICKA
```

```
TRUSTEE COMPENSATION                                             278.59
DEBTOR REFUND                                                       .00
                                      ----------------    ----------------
TOTALS                                      4,347.11            4,347.11
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
   Dated: 07/24/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```